UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leon Mosier, individually and on behalf of       Case No. 3:23-cv-1343
all others similarly situated,

        Plaintiff,

    v.                                           JUDGMENT ENTRY

Firstsource Solutions USA LLC,

        Defendant.


For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Defendant Firstsource Solutions USA LLC's motion to exclude Plaintiff's expert witness Aaron Woolfson's first supplemental declaration as to the discussion of the LiveVox records and to exclude his second supplemental declaration as untimely. (Doc. No. 25). I deny the motion as the sections of the first supplemental declaration that discuss the updated call and consent records. I further deny Mosier's motion for class certification. (Doc. No. 18).

So Ordered.

                                                                  s/ Jeffrey J. Helmick
                                                                  United States District Judge