IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LEON MOSIER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA LLC, a Delaware registered company,<br><br>*Defendant*, | Case No. 3:23-cv-01343-JJH<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE JEFFREY J. HELMICK |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Leon Mosier and Defendant Firstsource Solutions USA LLC hereby stipulate to the dismissal of this action with prejudice as, with each party to bear its own attorneys' fees and costs.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian T. Giles
Brian@gilesharper.com
Giles & Harper, LLC
7243 Beechmont Avenue,
Cincinnati, Ohio 45230
Telephone: (513) 379-2715

*Attorneys for Plaintiff and the putative Class*

*/s/ Sandra K. Zerrusen*
Sandra K. Zerrusen (0070883)
Jackson Kelly PLLC
50 S. Main Street, Ste. 201

Akron, Ohio 44308
Telephone: (330) 252-9060
Facsimile: (330) 252-9078
skzerrusen@jacksonkelly.com

Brendan D. O'Toole (admitted *pro hac vice*)
Virginia State Bar No. 71329
Meredith M. Haynes (admitted *pro hac vice*)
Virginia State Bar No. 80163
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6588
Facsimile: (804) 420-6507
botoole@williamsmullen.com
mhaynes@williamsmullen.com

*Counsel for Defendant*

Dated: September 15, 2025

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

2